No. 12–399. ADOPTIVE COUPLE v. BABY GIRL, A MINOR CHILD UNDER THE AGE OF 14 YEARS, ET AL. Sup. Ct. S. C. [Certiorari granted, *ante*, p. 1081.] Motion of petitioners for leave to file joint appendix under seal denied without prejudice to filing a renewed motion together with either a redacted joint appendix or an explanation as to why the joint appendix may not be redacted within 14 days.

No. 12–416. FEDERAL TRADE COMMISSION v. ACTAVIS, INC., ET AL. C. A. 11th Cir. [Certiorari granted *sub nom. Federal Trade Commission* v. *Watson Pharmaceuticals, Inc., et al., ante*, p. 1066.] Motion of Enavail, LLC, for leave to participate in oral argument as *amicus curiae* and for divided argument denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

MARCH 18, 2013

No. 12–11. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. JAMES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Williams, ante*, p. 289.

No. 12–8119. ASPELMEIER v. ILLINOIS. App. Ct. Ill., 3d Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–8200. BIRDETTE v. VECTOR MARKETING, INC., ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–8201. BIRDETTE ET AL. v. DOUGLAS COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–8202. BIRDETTE v. AXCESS STAFFING SERVICES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.